IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR405 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ANTONIO BERTUCCI, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:15CR75 |
| | ) | |
| Plaintiff, | ) | |
| | ) | REASSIGNMENT |
| v. | ) | ORDER |
| | ) | |
| ANTONIO BERTUCCI, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that, in the interest of judicial economy, Case No. 8:15CR75 is reassigned to the undersigned for disposition and remains assigned to Magistrate Judge F. A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 30th day of March, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge